John Metsker, Esq., CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:24-cv-01608-SCR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND TWO HUNDRED TWENTY DOLLARS AND FORTY-FIVE CENTS ($6,220.45) and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00). These amounts represent compensation for all legal services rendered and costs incurred on behalf of Plaintiff, to date, by counsel in connection with this civil action, in

accordance with 28 U.S.C. §§ 2412(d) and 1920.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's counsel, John D. Metsker, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amounts shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, costs, and expenses in connection with this action.

/////

/////

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: December 10, 2025            /s/ John David Metsker
                                    JOHN DAVID METSKER
                                    Attorney for Plaintiff


Dated: December 10, 2025            /s/ Erin Jurrens
                                    ERIN JURRENS
                                    *As authorized via email on December 10, 2025
                                    Special Assistant United States Attorney
                                    Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATE:  December 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE